# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0457
LT Case No. 2017-CF-002854-A

———————————————

CHRISTOPHER J. HRANEK,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Christopher J. Hranek, Monticello, pro se.

Ashely Moody, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.

May 17, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 9, 2023 order denying defendant's petition for writ of mandamus rendered in criminal Case No. 2017-CF-002854-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____